IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TEKsystems, Inc., | ) |
|     Plaintiff, | ) |
| v. | )   Civil Action No. _____ |
| iTekSystem LLC, | ) |
|     Defendant. | ) |

## COMPLAINT

Plaintiff TEKsystems, Inc. ("TEKsystems") files its Complaint alleging causes of action against iTekSystem LLC ("Defendant" or "iTekSystem") for trademark infringement and unfair competition arising under the Federal Trademark Act of 1946, as amended, 15. U.S.C. §1051, et seq., and alleges the following:

## PARTIES

1. Plaintiff TEKsystems, Inc. is a Maryland corporation with its principal place of business at 7437 Race Road, Hanover, Maryland 21076.

2. Upon information and belief, Defendant is a Texas limited liability company with its principal place of business at 2695 Villa Creek Dr, #B113, FarmersBranch, TX 75234.

## JURISDICTION AND VENUE

3. This Court has jurisdiction of the subject matter and the parties under § 39 of the Federal Trademark Act, 15 U.S.C. § 1121, and 28 U.S.C. §§ 1331, 1332(a) and (c), 1338, and 1367, because this case arises under the Federal Trademark Act, as amended,15 U.S.C. §§ 1061, et seq.

4. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and 1391(d) because Defendant is a Texas resident that regularly conducts business in this district.

## FACTS

5. TEKsystems is in the business of providing recruiting, temporary and permanent staffing, and project management services in the fields of information technology systems, communications, computer systems management, digital workplace, cloud, data analytics, and computer consultation services. TEKsystems is well known and recognized as a pre-eminent service company in the staffing services, technology execution, information, business modernization, and communications fields.

6. TEKsystems operates over 100 offices throughout the United States, Canada, Europe and Asia with over 24,000 employees who are professionals in the information technology and staffing fields. TEKsystems maintains business offices in Ft. Worth, Plano, Oklahoma City, and Irving, Texas, and regularly conducts business throughout Texas. TEKsystems maintains an interactive web site through which it conducts business at www.teksystems.com.

7. TEKsystems owns the federal service mark registration for TEKSYSTEMS, U.S. Reg. No. 2287071, for temporary and permanent staffing services in the field of information technology and communications and for computer and information technology services. The registration is based on continuous use of the mark in interstate commerce since September 1997. A copy of the registration certificate is attached as **Exhibit A**.

8. TEKsystems owns numerous other incontestable registrations that contain the term TEKSYSTEMS for use in connection with its business, including TEKSYSTEMS, U.S. Reg. No. 3291060, and TEKSYSTEMS GLOBAL SERVICES, U.S. Reg. No. 4090165. TEKsystems also owns TEKSYSTEMS (AND DESIGN), U.S. Reg. No. 4273436:



9. TEKsystems has expended substantial sums in promoting its TEKSYSTEMS marks (collectively "Marks") in connection with its services, including but not limited to significant expenditures devoted to research, advertising, marketing, sponsoring community-related events, and maintaining an Internet web site.

10. As a result of the extensive and substantial promotion, advertising and sales of its services under the Marks, and the maintenance of the highest quality standards relating thereto, the Marks have become exceedingly well known to the public as a distinctive indication of origin of services.

11. Upon information and belief, Defendant iTekSystem is an information technology staffing company that provides its services under the name "iTekSystem." iTekSystem also uses a design element with the term:



12. Upon information and belief, Defendant is the registrant of the domain name www.iteksystemllc.com. Defendant's web site is attached as **Exhibit B**.

13. According to its web site, Defendant iTekSystem's services are identical to the services provided by TEKsystems.

14. Defendant iTekSystem has intentionally and deliberately used and continues to use a service mark that is nearly identical to Plaintiff TEKsystems' Marks for the purpose of exploiting and trading upon the substantial goodwill and reputation of TEKsystems symbolized by the Marks and to enable Defendant to confuse and mislead its customers into believing that its services emanate from, or otherwise are sponsored by or affiliated with, TEKsystems. Defendant seeks to capitalize on the goodwill engendered by TEKsystems' services by using the name iTekSystem at a location in very close proximity to several TEKsystems offices and on the Internet.

## COUNT I (TRADEMARK INFRINGEMENT)

15. TEKsystems realleges and incorporates by reference the allegations in paragraphs 1 through 14 herein as if fully set forth herein.

16. Defendant's use of iTekSystem in connection with providing information technology training, staffing and computer services is likely to cause actual confusion among consumers who believe, contrary to fact, that its services are provided by or emanate from, or are otherwise sponsored by or affiliated with, TEKsystems.

17. Defendant's use of iTekSystem infringes on TEKsystems' exclusive rights in its Marks within the meaning of § 32(1) of the Federal Trademark Act, 15 U.S.C. § 1114(1), and at common law.

18. On September 13, 2021, TEKsystems sent a letter via email to iTekSystem requesting that it immediately cease and desist from use of iTekSystem in connection with providing its services. A copy of the letter is attached as **Exhibit C**. TEKsystems did not receive a response to the letter.

19. On January 7, 2022, TEKsystems re-sent the letter to Defendant. On the same date, Defendant responded by email with a request to resend the letter. The correspondence is attached as **Exhibit D**. TEKsystems resent the letter and has received no response to date. The correspondence is attached as **Exhibit E**.

20. To date, Defendant continues to use the iTekSystem name in connection with providing its information technology staffing and computer services. Defendant's conduct constitutes trademark infringement, and/or induces or contributes to acts of trademark infringement, in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

21. Unless enjoined by this Court, iTekSystem will continue to infringe TEKsystems' Marks, thereby creating the likelihood of consumer confusion, deceiving the public, and causing

TEKsystems immediate and irreparable injury for which it has no adequate remedy at law.

## COUNT II (UNFAIR COMPETITION)

22. TEKsystems alleges and incorporates by reference the allegations set forth in paragraphs 1 through 21 herein as if fully set forth herein.

23. Defendant's conduct constitutes unfair competition, and/or induces or contributes to acts of unfair competition, in violation of Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a).

24. Unless enjoined by this Court, Defendant will continue to compete unfairly with Plaintiff, thereby deceiving the public, creating the likelihood of consumer confusion, and causing TEKsystems immediate and irreparable injury for which it has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, TEKsystems respectfully prays that:

(1) The Court enter judgment that:

   (a) Defendant iTekSystem has infringed TEKsystems' exclusive rights in its TEKSYSTEMS registered service marks under § 32(1) of the Federal Trademark Act, 15 U.S.C. § 1114(1); and

   (b) Defendant iTekSystem has competed unfairly with TEKsystems under § 43(a) ofthe Federal Trademark Act, 15 U.S.C. § 1125(a).

(2) The Court enter a permanent injunction against iTekSystem's use of TEKSYSTEM, TEKSYSTEMS, or any confusingly similar term or terms in connection withproviding information technology staffing or computer services, or any services related to such services.

(3) The Court award damages against iTekSystem in an amount to be proven at trial.

(4) For such other and further relief as this Court deems just and proper.

Dated:  January 27, 2022

                          Respectfully submitted,

                          By:  /s/ *Clayton E. Bailey*
                               Clayton E. Bailey
                               Texas State Bar No. 00796151
                               **BAILEY BRAUER PLLC**
                               8350 N. Central Expressway, Suite 650
                               Dallas, Texas 75206
                               Tel: (214) 360-7433
                               Fax: (214) 360-7435
                               Email: cbailey@baileybrauer.com

                               —And—

                               Sherry Flax (*Pro Hac Vice* pending)
                               Maryland State Bar No. 03517
                               **SAUL EWING ARNSTEIN & LEHR LLP**
                               500 E. Pratt Street, Suite 900
                               Baltimore, Maryland 21202
                               Tel: (410) 332-8784
                               Email: sherry.flax@saul.com

                               **ATTORNEYS FOR PLAINTIFF**